No. 285. ROLAND ET AL. *v.* ALBRIGHT ET AL. October 11, 1937. The motion to strike the brief of respondent in this case is denied. Petition for writ of certiorari to the Supreme Court of Pennsylvania denied. *Mr. Robert*

P. *Shick* for petitioners.  *Mr. William McK. Rutter* for respondents.